IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID G. CLIFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　　Defendant. | CASE NO. 1:13-cv-002985-GBC<br><br>(MAGISTRATE JUDGE COHN)<br><br>ORDER GRANTING PLAINTIFF'S APPEAL, VACATING THE DECISION OF THE COMMISSIONER, AND REMANDING FOR FURTHER PROCEEDINGS<br><br>Docs. 1, 5, 6, 7, 8 |

　　　In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

　　　1. The Clerk of Court shall enter judgment in favor of David G. Cliff and against the Commissioner as set forth in the following paragraph.

　　　2. The decision of the Commissioner of Social Security denying David G. Cliff disability insurance benefits is vacated and the case remanded to the Commissioner of Social Security to:

　　　2.1 Conduct a new administrative hearing, appropriately evaluate the medical evidence, and appropriately assess Plaintiff's limitations.

　　　3. The Clerk of Court shall close this case.

Dated: March 31, 2015

　　　　　　　　　　　　　　　　　　　　　s/Gerald B. Cohn
　　　　　　　　　　　　　　　　　　　　　GERALD B. COHN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE